IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03317-PAB-MJW

WOODBRIDGE CONDOMINIUM ASSOCIATION, INC., a Colorado not-for-profit corporation,

Plaintiff,

v.

RON IBARA,
ELIZABETH E. GRINDLAY,
TOM OKEN, as Public Trustee of Pitkin County,
UNITED STATES OF AMERICA, and
JOHN DOES,

Defendants.

---

**ORDER**

---

This matter is before the Court on the Stipulation of Dismissal of Defendant United States of America [Docket No. 6], in which the parties stipulate that this case be dismissed against defendant United States of America without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). Upon the filing of

the Stipulation of Dismissal [Docket No. 6], this action was dismissed without prejudice as to defendant United States of America.

DATED March 12, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge